IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| EVAN AULD-SUSOTT, ET AL, | ) | CV 16-00450-LEK-RLP |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE JUDGE'S |
| | ) | FINDINGS AND |
| LAURYN GALINDO, | ) | RECOMMENDATION |
| | ) | |
| Defendant(s). | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 25, 2019, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations To Grant Plaintiffs' Bill of Costs", ECF NO. [178] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, April 18, 2019.



　　　/s/ Leslie E. Kobayashi
　Leslie E. Kobayashi
　United States District Judge